## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**Richard M. Picinich**

     vs.                    **CASE NUMBER: 5:01-CV-1868 (NPM/GJD)**

**United Parcel Service; Jim Grover; Brendan Canavan; Jeffrey Wilson and United Parcel Service of America, Inc.**

**Decision by Court.**   This action came to Bench Trial before the Court. The issues have been tried and heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of plaintiff, Richard M. Picinich as follows: $243,652.58 in back pay, $1,218,314.99 in front pay, and $50,000 in compensatory damages pursuant to the Order of Senior U.S. District Judge Neal P. McCurn dated April 11, 2008, which was affirmed by the Court of Appeals for the Second Circuit on March 31, 2009.  Prejudgment interest calculated pursuant to said Order for the period April 2000 through April 2009 is $591,271.29.  The award of front pay for the period of May 2009 through February 2024 is $999,355.15.

Within 45 days of judgment, Defendant, United Parcel Service shall make contributions to Plaintiff, Richard M. Picinich's pension fund that it would have made if Plaintiff had received his full salary as a Preload Manager from April 2000 through the time of judgment, and will continue to make contributions until February 2024, when plaintiff attains the age of 65. Any post judgment interest shall be calculated in accordance with 28 U.S.C. section 1961(a).  Plaintiff's Motion for Attorney's Fees was granted in part and denied in part for a total award of $64,035.12.

All of the above pursuant to the Orders of the Honorable Judge Neal P. McCurn, dated April 11, 2008 and April 14, 2008.

DATED: April 28, 2009

                                                        Clerk of Court

                                                   s/
                                                   Joanne Bleskoski
                                                   Deputy Clerk