# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEYS FEES IN A CIVIL CASE

**RICHARD M. PICINICH**

    vs.                        **CASE NUMBER: 5:01-CV-1868 (NPM)**

**UNITED PARCEL SERVICE, JIM GROVER, BRENDAN CANAVAN and JEFFREY WILSON**

**Decision by Court.**  This action came to a Bench Trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Attorney's Fees is granted in part and denied in part, it is ordered that Defendants United Parcel Service, Jim Grover and Jeffrey Wilson are directed to pay plaintiff Richard M. Picinich's attorney's fees in the amount of $212,391.90.

All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn, dated the 12th day of July, 2011.

DATED: July 18, 2011

                                                              Clerk of Court

                                                              s/

                                                              Joanne Bleskoski
                                                             Deputy Clerk